SUSAN I. MONTGOMERY (State Bar No. 120667)
LAW OF SUSAN I. MONTGOMERY
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone (310) 556-8900
susan@simontgomerylaw.com

Attorneys for Defendant BRADLEY BARNES

FILED & ENTERED

DEC 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BRADLEY EDWARD BARNES and ALLISON PLATZ BARNES,<br><br>                    Debtors. | Case No. 2:19-bk-24787-RK<br><br>Chapter 7<br><br>Adv. Case No. 2:20-ap-01064-RK |
| WVJP 2017-1-LP, a California Limited Partnership,<br><br>                    Plaintiff,<br><br>           v.<br><br>BRADLEY EDWARD BARNES, an individual; ALLISON PLATZ BARNES, an individual; and DOES 1 through 50, Inclusive,<br><br>                    Defendants. | **ORDER GRANTING DEFENDANT BRADLEY BARNES'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT WITH LEAVE TO AMEND**<br><br>**Hearing Date and Time**<br>**Date:** December 1, 2020<br>**Time:** 2:30 p.m.<br>**Place:** Courtroom 1675<br><br>**Continued Status Conference**<br>**Date:** March 2, 2021<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 1675 |

On the 2:30 p.m. calendar on December 1, 2020, the Honorable Robert Kwan conducted a hearing on the motion ("Motion") of defendant Bradley Barnes to dismiss the second amended complaint (the "SAC"). Susan I. Montgomery appeared on behalf of defendant Bradley Barnes; E. Richard McGuire appeared on behalf of plaintiff WVJP 2017-1-LP ("WVJP").

1

The Court, having considered the Motion and WVJP's opposition thereto, and arguments of counsel at the hearing, and good cause appearing, for the reasons stated at the hearing, hereby orders as follows:

1. The Motion is granted with leave to amend.

2. WVJP must serve its third amended complaint on Mr. Barnes through his counsel on or before December 23, 2020. The complaint must provide greater specificity in accordance with Fed.R.Civ.P. 9.

3. Mr. Barnes must serve his response to the amended complaint on or before January 13, 2021.

4. The Court sets a further status conference in this adversary proceeding on March 2, 2021 at 1:30 p.m.

###

Date: December 2, 2020

_____
Robert Kwan
United States Bankruptcy Judge