**FILED & ENTERED**

**MAR 02 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2: 19-bk-24787-RK |
| BRADLEY EWARD BARNES AND ALLISON PLATZ BARNES, | Chapter 7 |
| Debtors. | Adv. No. 2:20-ap-01064-RK |
| | **ORDER DISMISSING ADVERSARY PROCEEDING** |
| WVJP 2017-1, LP, | Date:   March 2, 2021 |
| Plaintiff, | Time:   1:30 p.m. |
| vs. | Courtroom: 1675 |
| BRADLEY EWARD BARNES AND ALLISON PLATZ BARNES, | |
| Defendants. | |

    The court having considered that Plaintiff WVJP 2017-1, LP failed to file and serve a third amended complaint on or before December 23, 2020 as required by the Order Granting Defendant Bradley Barnes's Motion to Dismiss Plaintiff's Second

///

-1-

Amended Complaint with Leave to Amend (Docket No. 41) entered on December 2, 2020, this adversary proceeding is hereby DISMISSED.

    IT IS SO ORDERED.

###

Date: March 2, 2021

_____
Robert Kwan
United States Bankruptcy Judge